UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

OCEANEERING INTERNATIONAL, INC. §
§
VS. § C. A. NO. 4:11-cv-3447
§ ADMIRALTY 9(h)
CROSS LOGISTICS, INC., et al. §

### THIRD AMENDED EXHIBIT LIST OF CROSS LOGISTICS, INC.

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 1. | Diagram of Umbilical<br>Exhibit 1 to Hilton's deposition | | | | |
| 2. | Baker Hughes – Material Safety Data Sheet<br>Exhibit 2 to Hilton's deposition | | | | |
| 3. | Enterprise GB-117 Clarification Template<br>Exhibit 3 to Hilton's deposition | | | | |
| 4. | Email exchanges dated July 9, 2010<br>Exhibit 4 to Hilton's deposition | | | | |
| 5. | Email exchanges dated May 28, 2010, May 18, 2010, March 30, 2010 and August 28, 2009<br>Exhibit 5 to Hilton's deposition | | | | |
| 6. | Not offered by Cross | | | | |
| 7. | Not offered by Cross | | | | |
| 8. | Crossmar 14 Daily POB and Muster List dated January 7, 2009<br>Exhibit 8 to Aucoin deposition | | | | |
| 9. | January 8 – 12, 2009 vessel logs<br>Exhibit 9 to Aucoin deposition | | | | |
| 10. | Crossmar 14 Daily Log for January 5-11, 2009<br>Exhibit 10 to Aucoin deposition | | | | |
| 11. | Diagram of Vessel – CROSS 0336<br>Exhibit 11 to Aucoin deposition | | | | |
| 12. | Photograph<br>Exhibit 12 to Aucoin deposition | | | | |

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 13. | Mariner Energy, Inc. Anchor and Umbilical Inspection, Block 72 Garden Banks Area Gulf of Mexico; <br> Dwgfile: Q:\2009\091213\CAD\09121301 <br> Exhibit 13a to Aucoin deposition | | | | |
| 14. | Cross Mar 14 Anchor drops and raises <br> Exhibit 14 to Aucoin deposition | | | | |
| 15. | Crossmar 14 Setdown and Pick-up Coordinates <br> Exhibit 15 to Aucoin deposition | | | | |
| 16. | Fugro Surveyors Daily Report for January 6-9, 2009 <br> Exhibit 16 to Aucoin deposition | | | | |
| 17. | Crossmar Inc. Safety Management System's Barge Anchor Handling Procedures <br> Exhibit 17 to Aucoin deposition | | | | |
| 18. | Cross Group JSA Worksheets for January 4-26, 2009 <br> Exhibit 18 to Aucoin deposition | | | | |
| 19. | Marine Forecast for January 5-12, 2009 <br> Exhibit 19 to Sampay deposition | | | | |
| 20. | Email from Mike Sampay to Blair Downer dated January 8, 2009 <br> Exhibit 20 to Sampay deposition | | | | |
| 21. | Fairlead Mooring Report dated January 9, 2009 <br> Exhibit 21 to Sampay deposition | | | | |
| 22. | Email from Mike Sampay to Blair Downer dated January 12, 2009 <br> Exhibit 22 to Sampay deposition | | | | |
| 23. | Email from Mike Sampay to Blair Downer dated August 24, 2009 <br> Exhibit 23 to Sampay deposition | | | | |
| 24. | Email from Kip Harzman dated January 14, 2009 <br> Exhibit 24 to Sampay deposition | | | | |
| 25. | Email from Alan Charlson dated January 10, 2009 <br> Exhibit 25 to Sampay deposition | | | | |
| 26. | Drop and Raise logs – CROSS 01590 <br> Exhibit 26 to Sampay deposition | | | | |
| 27. | Not offered by Cross | | | | |

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 28. | Site Memo from Peter Major dated December 7, 2008<br>Exhibit 28 to Alan Charlson's deposition | | | | |
| 29. | Oceaneering's Oilfield Projects Daily Reports dated August 23-24, 2010<br>Exhibit 29 to Alan Charlson's deposition | | | | |
| 30. | Oceaneering's Daily Job Log dated January 9, 2009<br>Exhibit 30 to Alan Charlson's deposition | | | | |
| 31. | Crossmar 14 Daily POB and Muster List dated January 9, 2009<br>Exhibit 31 to Alan Charlson's deposition | | | | |
| 32. | Email from Kip Harzman dated January 10, 2009<br>Exhibit 32 to Alan Charlson's deposition | | | | |
| 33. | Email from Alan Charlson dated January 10, 2009<br>Exhibit 33 to Alan Charlson's deposition | | | | |
| 34. | Crossmar 14 Setdown and Pick-up Coordinates for January 8-9, 2009<br>Exhibit 34 to Alan Charleson's deposition | | | | |
| 35. | Email from Alan Charlson dated March 12, 2009<br>Exhibit 35 to Alan Charleson's deposition | | | | |
| 36. | CROSS 01606<br>Exhibit 36 to Alan Charleson's deposition | | | | |
| 37. | Email from Alan Charlson dated January 9, 2009<br>Exhibit 37 to Alan Charlson deposition | | | | |
| 38. | Emails between David Medeiros and Greg Christy dated January 12, 1009<br>Exhibit 38 to Alan Charlson's deposition | | | | |
| 39. | Email from Kip Harzman dated January 14, 2009<br>Exhibit 39 to Alan Charleson's deposition | | | | |
| 40. | Diagram/coordinates<br>Exhibit 40 to Alan Charlson's deposition | | | | |
| 41. | Diagram/coordinates – CROSS 01605<br>Exhibit 41 to Alan Charlson's deposition | | | | |
| 42. | Daily Job Log dated January 9, 2009<br>Exhibit 42 to Alan Charlson's deposition | | | | |
| 43. | Fugro's Surveyors Daily Reports 1/6/09 – 1/19/09<br>Exhibit 43 to Dean's deposition | | | | |

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 44. | Not offered by Cross | | | | |
| 45. Cont. | Not offered by Cross | | | | |
| 46. | Not offered by Cross | | | | |
| 47. | Umbilical Design Specification – Cross Section Arrangement<br>Exhibit 47 to Kuykendall's deposition | | | | |
| 48. | Email exchanges between Chris Kuykendall, Brent Douglas, and Kristie Kemp dated March 27, 2009 – June 3, 2009<br>Exhibit 48 to Kuykendall's deposition | | | | |
| 49. | Not offered by Cross | | | | |
| 50. | Standard Safety – Anchoring – Special Edition October 2008<br>Exhibit 50 to Halsey's deposition | | | | |
| 51. | Not offered by Cross | | | | |
| 52. | Not offered by Cross<br>Same as Oceaneering Trial Exhibit 1. | | | | |
| 53. | Not offered by Cross | | | | |
| 54. | File of Willie Bergeron<br>Exhibit 54 of Bergeron's deposition | | | | |
| 55. | Cross Mar 14 Anchors – Fifth Drops 1/8/09 and raises 1/9/09<br>Exhibit 55 to Bergeron's deposition | | | | |
| 56. | Graph and photographs – Anchor and Umbilical Inspection<br>Exhibit 56 to Bergeron's deposition | | | | |
| 57. | Cross Mar 14 Anchors –Drops and raises from 8/19/08 – 3/5/09<br>Exhibit 57 to Bergeron's deposition | | | | |
| 58. | Not offered by Cross | | | | |

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 59. | Not offered by Cross | | | | |
| 60. | Not offered by Cross | | | | |
| 61. | Anchor Pick up/Position logs<br>Exhibit 61 to Nichols' deposition | | | | |
| 62. | Preliminary Field Survey position of Unknown Line Crossings dated 3/26/08<br>Exhibit 62 to Nichols' deposition | | | | |
| 63. | Anchor and Umbilical Inspection<br>Exhibit 63 to Nichols' deposition | | | | |
| 64. | Drawing of vessel<br>Exhibit 64 to Fazioli's deposition | | | | |
| 65. | Photographs<br>Exhibit 65 to Fazioli's deposition | | | | |
| 66. | Not offered by | | | | |
| 67. | CORRECTED<br>Vessel Tracking dated January 9, 2009<br>Exhibit 67 to Fazioli's deposition | | | | |
| 68. | Not offered by Cross | | | | |
| 69. | Technip Installation Schedule starting December 29, 2008<br>Exhibit 69 to Stark's deposition | | | | |
| 70. | Umbilical Cross Section<br>Exhibit 70 to Stark's deposition | | | | |
| 71. | GB-72 Flex Trend #2 Umbilical Damage<br>Exhibit 71 to Stark's deposition | | | | |
| 72. | Drawing/Diagram<br>Exhibit 72 to Stark's deposition | | | | |
| 73. | Umbilical No: 2- Installations Procedures<br>Exhibit 73 to Stark's deposition | | | | |
| 73-A | Preliminary Field Survey Position of Unknown Umbilical in Vicinity of BG72 Platform dated 12/7/08 | | | | |

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 74. | Chart<br>Exhibit 74 to Stark's deposition | | | | |
| 75. | Base Map A-Structure Block 27<br>Exhibit 75 to Stark's deposition | | | | |
| 76. | ROV Survey Data<br>Exhibit 76 to Stark's deposition | | | | |
| 77. | Riser Elevation at Garden Banks 72A<br>Exhibit 77 to Stark's deposition | | | | |
| 78. | Photograph and diagram of Anchor<br>Exhibit 78 to Stark's deposition | | | | |
| 79. | Preliminary Field Survey position of Unknown Line Crossing<br>Exhibit 79 to Stark's deposition | | | | |
| 80. | ROV photograph<br>Exhibit 80 to Stark's deposition | | | | |
| 81. | Photograph<br>Exhibit 81 to Stark's deposition | | | | |
| 82. | Emails exchanges between Norman Gibson, Greg Christy and Bruce Cooley dated 3/5/09<br>Exhibit 82 to Gibson's deposition | | | | |
| 83. | Email exchange between Tyler Bellard, Norman Gibson, Bent Douglas and Bruce Cooley dated 3/5/09, 3/13/09, 3/22/2009, and 3/23/09 | | | | |
| 84. | Not offered by Cross | | | | |
| 85. | Not offered by Cross | | | | |
| 86. | Not offered by Cross | | | | |
| 87. | Not offered by Cross | | | | |
| 88. | Not offered by Cross | | | | |
| 89. | Approval letter from MMS for new installation<br>Fugro Chance Records subpoenaed by Plaintiff | | | | |
| 90. | Anchor and Umbilical Inspection - Scarring of Pipeline<br>Fugro Chance Records subpoenaed by Plaintiff | | | | |

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 91. | Sonar picture for area<br>Fugro Chance Records subpoenaed by Plaintiff | | | | |
| 92. | Site surveys/diagrams for 1997<br>Fugro Chance Records subpoenaed by Plaintiff | | | | |
| 93. | Site surveys/diagrams for 1998<br>Fugro Chance Records subpoenaed by Plaintiff | | | | |
| 94. | Site surveys/diagrams for 1999<br>Fugro Chance Records subpoenaed by Plaintiff | | | | |
| 95. | Graph of unknown umbilicals dated April 2008<br>Fugro Chance Records subpoenaed by Plaintiff | | | | |
| 96. | Portions of Randy Hilton deposition | | | | |
| 97. | Portions of Ken Kuykendall deposition | | | | |
| 98. | Portions of deposition of Norman Gibson | | | | |
| 99. | Portions of any deposition of any witness outside the Courts subpoena power | | | | |
| 100. | Expert Report and notes of Gregg W. Nichols | | | | |
| 101. | Expert Report and notes of Marc Fazioli | | | | |
| 102. | Expert Report and notes of William McLellan | | | | |
| 103. | Any exhibit that may be listed by any other party | | | | |
| 104. | Cross reserves the right to introduce rebuttal exhibits that cannot be identified at this time | | | | |
| 105 | "Back to Back" Subcontract Agreement dated July 31, 2008 between Oceaneering International, Inc. and Cross Logistics, Inc. | | | | |

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 106. | Receipt, Release, Discharge and Settlement Agreement with Grant of Subrogation and Assignment of All Rights dated November 15, 2010 between Enterprise Products Partners, L.P., Apache Deepwater LLC, and Oceaneering International, Inc. | | | | |
| 107 | All Exhibits attached to Cross' Motion for Summary Judgment | | | | |
| 108 | Statement/Invoices for legal fees paid on behalf of Cross Logistics. | | | | |
| 109. | Portions of deposition of William A, McLellan | | | | |
| 110. | Portions of deposition of Mark Anthony Dean | | | | |
| 111. | Portions of deposition of Alan T. Charlson | | | | |